UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVE CORCORAN and DEBBIE DOUEZ, individually and the marital community comprised thereof,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SUSTAINABLE LIVING INNOVATIONS, INC.,<br><br>　　　　　　Defendant.<br><br>FIRSTBANK,<br><br>　　　　　　Defendants. | NO. 2:26-mc-00006-JHC<br><br>ORDER GRANTING WRIT OF GARNISHMENT |

THIS MATTER having come before this Court on Plaintiffs' Application for Writ of Garnishment, and the Court having considered the files and records herein, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs' Application for Writ of Garnishment is hereby GRANTED.

The Clerk of the Court is DIRECTED to issue the writ.

SO ORDERED this 30th day of January, 2026.

_John H. Chun_
John H. Chun
United States District Judge

ORDER GRANTING WRIT OF GARNISHMENT – 1